**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF NOVERMBER 18, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------

| | |
|---|---|
| WD76324 | Antwain D. Gray vs. State of Missouri |
| WD76612 | Norman R. Freeman vs. State of Missouri |
| WD77052 | Andrew Allen Brown vs. Heather Lynn Brown (Now Eaton) |
| WD77260 | Kenneth Washam vs. Amy H. Hartsfield, et al |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------

None